FILED
2008 JAN 18 PM 1:36

CLERK US...
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE QUACKENBUSH,<br><br>Petitioner,<br><br>v.<br><br>JAMES E. TILTON, Secretary of the California Department of Corrections and Rehabilitation,<br><br>Respondent. | CASE NO. 07-CV-0413 W (WMC)<br><br>ORDER (1) ADOPTING REPORT AND RECOMMENDATION, AND (2) DISMISSING PETITION WITH LEAVE TO AMEND |

On March 5, 2007, Petitioner Robert Lee Quackenbush, proceeding pro se, filed this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner challenges his 2006 parole revocation and resultant sentence of 12 months imprisonment.

On April 27, 2007, Respondent filed a Motion to Dismiss the Petition. Petitioner opposed the motion. On September 18, 2007, the Honorable William McCurine, Jr., United States Magistrate Judge, issued a Report and Recommendation ("Report"). The Report recommends that the Court grant-in part and deny-in part Respondent's motion to dismiss, and that the Court dismiss the Petition without prejudice and with leave to amend. The Report also ordered that any objections were to be filed by October 22, 2007,

---

[1] When this case was filed, Petitioner was a California prisoner. Petitioner has since been released on parole.

- 1 -

07cv0413w

1 | and any reply filed by November 1, 2007. To date, no objection has been filed, nor has
2 | there been a request for additional time in which to file an objection.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(holding that 28 U.S.C. 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise")(emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Arizona 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's Report). This rule of law is well established within the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005)("Of course, de novo review of a R & R is *only* required when an objection is made to the R & R.")(emphasis added)(citing Renya-Tapia, 328 F.3d 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopted Report without review because neither party filed objections to the Report despite the opportunity to do so, "accordingly, the Court will adopt the Report and Recommendation in its entirety."); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

The Court therefore accepts Judge McCurine's recommendation, and **ADOPTS** the Report in its entirety. For the reasons stated in the Report, which is incorporated herein by reference, the Court **GRANTS IN-PART** and **DENIES IN-PART** Respondent's motion to dismiss [Doc. No. 5] and **ORDERS** as follows:

- The Petition is **DISMISSED** without prejudice for the reasons stated in the Report. However, Petitioner is **GRANTED** forty-five (45) days from the date this Order is "Filed" in which to file a "First Amended Petition" that cures all of the deficiencies identified in the Report. Petitioner is warned that failure to include a factual basis for his claims in the First Amended Petition,

1 | or to otherwise satisfy the requirements of Rule 2(c), may result in a dismissal
2 | of the First Amended Petition without further leave to amend.

**IT IS SO ORDERED.**

DATE: January 16, 2008

_____
HON. THOMAS J. WHELAN
United States District Court
Southern District of California